IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DIVISION OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| ROBERT K. KUHLMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24 CV 1065-JBM-JEH |
| | ) | |
| OFFICER NICHOLAS HINES | ) | |
| (Star #20257), | ) | JURY DEMANDED |
| OFFICER SERENA CUNNINGHAM | ) | |
| (Star #19306), and the | ) | |
| TOWN OF NORMAL, an Illinois | ) | |
| municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Plaintiff, ROBERT K. KUHLMAN, by and through undersigned counsel, and, pursuant to F.R. Civ. P. 6(b), requests an enlargement of time for his Response to the Defendant's Motion to Dismiss. In support of his Motion, Kuhlman states as follows:

1. On March 20, 2024, the Defendants filed a Rule 12(b)(6) Motion to Dismiss. Per Local Rule, Kuhlman's Response is due April 3, 2024.

2. However, despite due diligence, due to the immediate demands of Plaintiffs' counsel's caseload, including the completion of discovery in *Harrel v. Raoul*, 3:23 CV 141 (S.D. Ill.) (cons. into *Barnett v. Raoul*, 3:23 CV 209 (S.D. Ill.)), plus dealing with a medical emergency in Plaintiff's counsel's family, Kuhlman requests the due date for his Response to Defendant's Motion to Dismiss be extended an additional 21 days, or until April 24, 2024.

  3. Defendants have confirmed *via* e-mail that they do not oppose the request for relief sought in this Motion.

  4. This Motion is not filed for dilatory purposes or for delay, but only so Kuhlman may fully present his arguments before the Court.

  WHEREFORE, the Plaintiff, ROBERT K. KUHLMAN, requests this Honorable Court grant him an enlargement of 21 days to April 24, 2024 to file his Response to Defendants' Motion to Dismiss, and grant him any and all other forms of relief as this Court deems just and proper.

Dated: April 2, 2024      Respectfully submitted,

          By: /s/ David G. Sigale
            Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

2

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

    1.    On April 2, 2024, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.


                            /s/ David G. Sigale
                            Attorney for Plaintiffs


David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com