# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DIVISION OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| ROBERT K. KUHLMAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 1:24-cv-01065-JBM-JEH |
| OFFICER NICHOLAS HINES (Star #20257), OFFICER SERENA CUNNINGHAM (Star #19306), and the TOWN OF NORMAL, ILLINOIS, an Illinois municipal corporation, | ) JURY DEMANDED |
| Defendants. | ) |

## THE PARTIES JOINT MOTION FOR AN EXTENSION
## OF TIME TO COMPLETE DISCOVERY

The Parties, through their attorneys jointly, move for an extension of time to complete discovery and a corresponding extension of the deadlines entered in this case, and in support counsel state:

1.  A Joint Discovery Plan was filed in this case as docket number 16. It was adopted by the Court in docket number 17.

2.  It provided that the deadline for the close of fact discovery was June 5, 2025. The Parties seek an extension of that deadline until September 8, 2025.

3.  The parties further believe that this will require the Court to continue each of the following dates, including the dispositive motion date of November 5, 2025 to February 6, 2026.

4.  The Joint Discovery Plan set the following dates:

    Fact Discovery closes June 5, 2025.

    Plaintiff to disclose experts and expert reports by July 7, 2025.

    Plaintiff's experts deposed by August 6, 2025.

        Defendants to disclose experts and reports by September 5, 2025.

        Defendants' experts deposed by October 6, 2025.

        All discovery to be completed by October 6, 2025.

        The deadline for dispositive motions by November 5, 2025.

5.     The proposed dates would be:

        Fact discovery closes, September 8, 2025.

        Plaintiff to disclose experts and expert reports by October 8, 2025.

        Plaintiff's experts deposed by November 7, 2025.

        Defendants to disclose experts and reports by December 8, 2025.

        Defendants' experts deposed by January 7, 2026.

        All discovery to be completed by January 7, 2026.

        The deadline for dispositive motions by February 6, 2026.

6.     Although the parties have completed written discovery, due to their unusually busy trial schedule through April of 2025, they are still in the process of scheduling the party depositions.

7.     This extension of time will not prejudice the parties and will not result in unjust delay.

Wherefore, the parties request that this court grant their joint motion for an extension of time to complete discovery.

                                                Respectfully submitted,

                                                OFFICER NICHOLAS HINES, OFFICER SERENA CUNNINGHAM and the TOWN OF NORMAL

                                                By:   s/Deborah A. Ostvig
                                                        One of Their Attorneys

Michael E. Kujawa, ARDC# 6244621
Deborah A. Ostvig, ARDC# 6287031
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Phone: (312) 345-5700
Fax: (312) 345-5701
mkujawa@schainbanks.com
dostvig@schainbanks.com


ROBERT K. KUHLMAN

By:   s/David G. Sigale
        One of his Attorneys

David G. Sigale
LAW FIRM OF DAVID G. SIGALE, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547 (Tel.)
630.596.4445 (Fax)
dsigale@sigalelaw.com
www.sigalelaw.com

3